IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREL FLOWERS,

    Plaintiff,

vs.                                      Civ. No. 19-148 RB/SCY

MATHESON TRI-GAS, INC.,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on April 9, 2019, the Court reviewed the Joint Status Report and Provisional Discovery Plan (Doc. 16), filed on March 29, 2019, and adopted it as modified by the dates provided in the Court's Scheduling Order filed concurrently with this Order.

_____
UNITED STATES MAGISTRATE JUDGE